UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ELLIOT DABAH,

                      Plaintiff,           19-CV-10579

      -against-

NICOLE FRANKLIN, RICA HAZELWOOD,
FELIX DUMAY, individually and as manager,
MYRTLE GREEN, SHARON ATKINS, SHERILL
DOUGLAS-ALEXIS, individual and as manager,
and CITY OF NEW YORK,
--------------------------------------------------------X

## AFFIDAVIT OF PERSONAL SERVICE

STATE OF NEW YORK   )
COUNTY OF NEW YORK )ss.:

    I, Michael Perez, being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and reside in Queens, New York.

    On November 20, 2019 I served the within **Summons In A Civil Action and Complaint** on the Defendants named below, by delivering a true copy of each personally to Clerk Anna Rodriguez at 150 Williams Street, New York, NY 10038.

Sherill Dauglass-Alexis
Rica Hazelwood
Myrtle Green
Sharon Atkins
Nicole Franklin
Felix Dumay

                                               _____
                                               Michael Perez

Sworn to before me this
20th day of November, 2019

_____
Notary Public

CAROLYN A KUBITSCHEK
Notary Public, State of New York
No. 02KU4523215
Qualified in Kings County
Commission Expires July 31, 2022