UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ELLIOT DABAH,

                                                                                      19-CV-10579

                                  Plaintiff,


                    -against-

NICOLE FRANKLIN, RICA HAZELWOOD,
FELIX DUMAY, individually and as manager,
MYRTLE GREEN, SHARON ATKINS, SHERILL
DOUGLAS-ALEXIS, individual and as manager,
and CITY OF NEW YORK,
-------------------------------------------------------X

### AFFIDAVIT OF PERSONAL SERVICE

STATE OF NEW YORK    )
COUNTY OF NEW YORK   )ss.:

      I, Michael Perez, being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and reside in Queens, New York.

      On November 20, 2019 I served the within **Summons In A Civil Action and Complaint** on the Defendants named below, by delivering a true copy of each personally to Clerk Betty Mazyck at the address indicated below:

City of New York
100 Church Street
New York, NY 10007

                                                                              Michael Perez

Sworn to before me this
20th day of November, 2019

_____
Notary Public

CAROLYN A KUBITSCHEK
Notary Public, State of New York
No. 02KU4523215
Qualified in Kings County
Commission Expires July 31, 2022