USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/3/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
:
**DABAH,** :
:
                **Plaintiff,** :
:
    -against- :
:
**FRANKLIN ET AL,** :        **1:19-CV-10579 (ALC)**
:
                **Defendants.** :        **ORDER**
:
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      On January 31, 2020, Defendants filed a letter motion requesting a pre-motion conference on an anticipated motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Defendants also stated that they needed additional time to confirm that Defendant Omeus joins in this pre-motion conference request. Defendants should write to advise the court ny June 8, 2020 as to whether Ms. Omeus joins in this request.

**SO ORDERED.**

**Dated:** June 3, 2020

      New York, New York                             **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**