

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**LANA KOROLEVA**
*Assistant Corporation Counsel*
Phone: (212) 356-4377
Email: lkorolev@law.nyc.gov
(not for service)

June 8, 2020

**VIA ECF and E-MAIL**
Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:   Dabah v. Franklin et al., 19-cv-10579 (ALC)

Dear Judge Carter:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, counsel for the City of New York and five individuals employed at the New York City Administration for Children's Services, namely Nicole Franklin, Felix Dumay, Myrtle Green, Sharon Atkins, and Sherill Douglas-Alexis in the above-referenced matter (collectively, the "Defendants"). I am writing pursuant to the Court's Order dated June 3, 2020 (ECF No. 36) directing this office to advise the Court as to whether defendant Rica Omeus a/k/a Rica Hazelwood joins in Defendants' request for a pre-motion conference. This office does not represent Ms. Omeus; accordingly, she does not join in Defendants' request.

    Thank you for Your Honor's consideration.

Respectfully submitted,

s/ *Lana Koroleva*
Lana Koroleva
Assistant Corporation Counsel

cc:   All Counsel of Record (via ECF)