```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
ELLIOT DABAH,                                                :
                                                             :
                              Plaintiff,                     :
                                                             :    19-CV-10579 (ALC)
                 -against-                                   :
                                                             :    ORDER
NICOLE FRANKLIN ET AL,                                       :
                                                             :
                              Defendants.                    :
----------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 24, 2020

**ANDREW L. CARTER, JR., United States District Judge:**

On November 24, 2020, Defendants filed a request for a pre-motion conference in anticipation of their motion to dismiss the amended complaint. ECF No. 45. Plaintiff shall respond to Defendants' request by November 27, 2020.

**SO ORDERED.**

**Dated: November 24, 2020**
       **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**