```
                                                      USDC SDNY
                                                      DOCUMENT
                                                      ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                          DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                         DATE FILED:  January 11, 2021
------------------------------------------------------- x
                                                        :
   ELLIOT DABAH,                                        :
                                                        :
                          Plaintiff,                    :
                                                        :     19-CV-10579 (ALC)
                -against-                               :
                                                        :     ORDER
   NICOLE FRANKLIN ET AL,                               :
                                                        :
                          Defendants.                   :
                                                        :
------------------------------------------------------- x
```

**ANDREW L. CARTER, JR., United States District Judge:**

In light of Plaintiff's amended complaint, the Court denies Defendants' motion to dismiss without prejudice. (ECF No. 41). On November 24, 2020, Defendants filed a request for a pre-motion conference in anticipation of their motion to dismiss the amended complaint. (ECF No. 45). Plaintiff responded to Defendants' request on November 27, 2020. (ECF No. 47). The Court denies Defendants' request for a pre-motion conference and sets the following briefing schedule. Defendants shall file their motion by February 1, 2021; Plaintiff shall oppose the motion by February 22, 2021; and Defendants shall reply by March 1, 2021.

**SO ORDERED.**

**Dated:  January 11, 2021**
**         New York, New York**                         _____
                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**