**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ELLIOT DABAH,

                Plaintiff,

  -against-                                      19 **CIVIL** 10579 (ALC)

# JUDGMENT

NICOLE FRANKLIN ET AL.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

           March 31, 2022

                                                          **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                         BY:

                                                           **Deputy Clerk**