UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
ELLIOT DABAH,

              Plaintiff,                    19-cv-10579 (ALC)

    -against-

NICOLE FRANKLIN, RICA HAZELWOOD,
FELIX DUMAY, individually and as manager,        **NOTICE OF APPEAL**
MYRTLE GREEN, SHARON ATKINS,
SHERILL DOUGLAS-ALEXIS, individually and as
manager, and CITY OF NEW YORK,

              Defendants.

--------------------------------------------------------------------X

C O U N S E L:

      NOTICE IS HEREBY GIVEN that Elliot Dabah, the plaintiff in the above-named case,

hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment

of the United States District Court, entered on March 31, 2022, and from all prior proceedings

and orders in the above-named case.

Dated: New York, New York
       April 18, 2022             s/ Carolyn A. Kubitschek
                            Carolyn A. Kubitschek
                            Lansner & Kubitschek
                            325 Broadway, Suite 203
                            New York, New York  10007
                            212-349-0900
                            Ckubitschek@lanskub.com

                            ~//s//~
                            Elliot D. Shields
                            Roth & Roth
                            192 Lexington Ave., Suite 802
                            New York, New York 10016
                            212-425-1020
                            eshields@rothandrothlaw.com

                            Attorneys for Plaintiff

To:    Sylvia O. Hinds-Radix, Esq.
Corporation Counsel of the City of New York
Andrew Rauchberg, Of Counsel
Lana Koroleva, Of Counsel
Attorneys for defendants
100 Church Street
New York, New York 10007
arauchbe@law.nyc.gov
(212) 356-0891
lkoroleva@law.nyc.gov
(212) 356-4377